**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **ALEX MOGLIA,** as Chapter 7 trustee in the bankruptcy estate of **Andrea Williams** Case No. 18-16866, <br><br> **Plaintiffs,** <br><br> v. <br><br> **WELLS FARGO BANK, N.A.,** <br><br> **Defendant.** | **CIVIL ACTION NO: 1:24-cv-02241** |

## DJC LAW PLLC'S REPLY IN SUPPORT OF THE MOTION TO INTERVENE

Comes now the DJC Law PLLC ("DJC") and hereby files this Reply in Support of Its Motion to Intervene and Amended Notice of Attorney Fee Lien pursuant to Fed. R. Civ. P. 24(a)(2) and states as follows:

Wells Fargo has filed a response to DJC's Motion to Intervene, Dkt. 60, on the limited grounds that such motion is premature unless or until the Bankruptcy Court adjudicates the Motion to Reconsider and determines the attorney(s) and/or firm(s) to serve as Special Counsel for the Trustee. Dkt. 76. No other party opposes the intervention.

As discussed in the Motion to Intervene, DJC no longer represents Ms. Williams. General counsel for the Trustee has informed DJC that the Trustee wishes to proceed with Mr. Nick Wooten and his new law firm as counsel for the Trustee and that a notice of termination and for the substitution of Wooten's new law firm for DJC will be filed in the bankruptcy proceedings. As such, for purposes of the filing of

---

Reply in Support of DJC's Motion to Intervene and Amended Notice of Attorney Lien

the Amended Notice of Lien, which is attached, there is no need for this Court to keep the Motion to Intervene in abeyance or deny it without prejudice as requested by Wells Fargo.

Because DJC will no longer represent the Trustee, it is seeking to file the attached Amended Notice of Lien which seeks fees based on *quantum meruit* as opposed to the agreed fee between the Trustee and DJC set forth in the prior notice of lien.

Wherefore premises considered DJC Law PLLC, moves to intervene and asks the Court to permit the filing of the attached Ex. A, DJC Law PLLC's Amended Notice of Lien in this matter.

Dated: November 26, 2024.

*Respectfully submitted,*

*/s/ Andres C. Pereira*
Andres Pereira
DJC LAW, PLLC
1012 West Anderson Lane
Austin, Texas 78757
(512) 220-1800
apereira@teamjustice.com

---

Reply in Support of DJC's Motion to Intervene and Amended Notice of Attorney Lien

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2024, a true and correct copy of the foregoing DJC Law PLLC Reply in Support of the Motion to Intervene and Amended Notice of Attorney Fee Lien was filed via the Court's CM/ECF system, which will serve a copy on all counsel of record including counsel for Alex Moglia as Chapter 7 trustee in the bankruptcy estate of Andrea Williams and counsel for Andrea Williams.

/s/ *Andres C. Pereira*
Andres Pereira

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **ALEX MOGLIA,** as Chapter 7 trustee in the bankruptcy estate of **Andrea Williams** Case No. 18-16866, <br><br> **Plaintiffs,** <br><br> v. <br><br> **WELLS FARGO BANK, N.A.,** <br><br> **Defendant.** | **CIVIL ACTION NO: 1:24-cv-02241** |

**Exhibit "A"**
**AMENDED NOTICE OF ATTORNEY FEE LIEN**

DJC Law PLLC hereby provides the Court and the Parties Notice of an Attorney Fee Lien brought pursuant to Illinois Code Section 770 ILCS 5/1 and the laws of the State of Illinois. DJC Law PLLC asserts a lien for a fee interest in this matter for any recovery by Andrea Williams or the Bankruptcy Estate of Andrea Williams, Case No. 18-16866.

Dated: November 26, 2024.

*Respectfully submitted,*

*/s/ Andres C. Pereira*
Andres Pereira
DJC LAW, PLLC
1012 West Anderson Lane
Austin, Texas 78757
(512) 220-1800
apereira@teamjustice.com

---

Reply in Support of DJC's Motion to Intervene and Amended Notice of Attorney Lien