**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ALEX MOGLIA,** as Chapter 7 trustee in the bankruptcy estate of **Andrea Williams** Case No. 18-16866, | |
| **Plaintiffs,** | **CIVIL ACTION NO: 1:24-cv-02241** |
| **v.** | |
| **WELLS FARGO BANK, N.A.,** | |
| **Defendant.** | |

**DJC LAW, PLLC'S MOTION IN SUPPORT OF JURISDICTION TO
DETERMINE QUANTUM MERUIT ATTORNEY FEES**

NOW COMES DJC Law, PLLC ("DJC"), by and through its undersigned counsel, and respectfully moves this Court for an order setting a briefing schedule and an evidentiary hearing to determine a reasonable attorney fee award under the equitable doctrine of *quantum meruit* because this Court has jurisdiction. In support thereof, DJC states as follows:

1.      **DJC's Role in This Litigation**: DJC, through its attorney Nick Wooten, initiated this litigation on January 19, 2024, representing Andrea Williams and later the Chapter 7 Trustee. DJC and Mr. Wooten were appointed Special Counsel to the Trustee by the Bankruptcy Court on May 21, 2024. DJC remained counsel of record through December 10, 2024, and performed the vast majority of substantive work on the case.

2.      **Lien and Intervention**: On October 29, 2024, DJC moved to intervene to assert an attorney's lien (Dkt. 60), which was granted on December 23, 2024 (Dkt. 82). DJC's Amended

Notice of Lien (Dkt. 77) asserted a fee interest in any recovery by Ms. Williams **or the Bankruptcy Estate.** (Emphasis added.)

3.    **District Court Jurisdiction**: This Court has concurrent jurisdiction under 28 U.S.C. § 1334(b) to adjudicate this equitable claim, which is "related to" the bankruptcy case but arises under common law and at equity. DJC seeks equitable restitution.

4.    **Case Resolution and Benefit to Estate**: The Trustee settled this matter on February 24, 2025. DJC's legal work substantially contributed to the case's resolution and value. Of the 93 total docket entries prior to settlement, 80 occurred while DJC was counsel of record.

5.    ***Quantum Meruit* Entitlement**: DJC seeks compensation before this District Court based not under the Bankruptcy Code, but under state and federal equitable, common law *quantum meruit* principles. DJC provided valuable services that benefited the estate and therefore seeks reasonable compensation for that work.

6.    **Need for Evidentiary Hearing**: DJC respectfully requests briefing on *quantum meruit* and an evidentiary hearing to establish the reasonable value of DJC's services, including time spent, the benefit conferred, and applicable equitable considerations.

Dated: June 13, 2025.                                      *Respectfully submitted,*

                                      */s/ Andres C. Pereira*
                                      Andres Pereira
                                      DJC LAW, PLLC
                                      1012 West Anderson Lane
                                      Austin, Texas 78757
                                      (512) 220-1800
                                      apereira@teamjustice.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 13, 2025, I caused the foregoing Motion for Jurisdiction and Quantum

Meruit Fees to be filed and served via the Court's CM/ECF system on all counsel of record.

*/s/ Andres C. Pereira*
Andres C. Pereira
